AO 93 (mod. 5/14) Search and Seizure Warrant

# Return

| Case No: I3-19-047 | Date and time warrant executed: 7/11/19 @ 7:20 am | Copy of warrant and inventory left with: TFO Aaron Bische |
|---|---|---|

Inventory made in the presence of:
TFO Nathan Nennes

Inventory of the property taken and/or name of any person(s) seized:

- No tangible property obtained
- k-9 "alerted" to the odor/vapor of a controlled substance from Apartment 228

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 10/6/2021

*Executing officer's signature*

Detective Aaron Bische
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 10/6/2021

*United States Magistrate Judge*